# Court of Appeals
# of the State of Georgia

ATLANTA, <u>February 27, 2018</u>

*The Court of Appeals hereby passes the following order:*

**A18A0599. McGIL v. THE STATE.**

Johntavious McGil was convicted of aggravated assault and other crimes. He filed a motion for new trial, arguing the general grounds as well as other asserted claims of error. The trial court denied the motion, and McGil appealed. We vacated the trial court's order and remanded for the court to exercise his discretion and weigh the evidence under the general grounds. *McGil v. State*, 339 Ga. App. 130 (793 SE2d 442) (2016). On December 14, 2016, the trial court entered a second order denying McGil's motion for new trial.

On January 9, 2017, McGil signed a pro se notice of appeal of that order. He had the notice of appeal notarized the same day. The notice of appeal was filed in superior court on January 26, 2017.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). McGil's notice of appeal is untimely, as it was filed 43 days after entry of the trial court's order. The fact that McGil signed the notice of appeal within 30 days of the entry of the trial court's order does not save his appeal. "[T]he 'mailbox rule' [under which a pro se prisoner's document should be deemed filed on the date he delivered it to the prison authorities for forwarding to the

clerk of court] does not apply outside the attempted appeal of a final order by a pro se inmate in a habeas corpus case." *Waller v. State*, 299 Ga. 619, 621 (791 SE2d 67) (2016) (citation omitted).

For these reasons, this appeal is ***DISMISSED*** for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,   02/27/2018*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*